

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00299-CV

Monica **WILLIAMS**,
Appellant

v.

**JOHN DELOACH ENTERPRISES, INC.** and Ouachita Enterprises, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI06661
Honorable Marissa Flores, Judge Presiding

BEFORE JUSTICE RODRIGUZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETT

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the case is REMANDED for a new trial before a jury.

SIGNED November 20, 2024.

_____
Lori Massey Brissette, Justice